# **<u>Exhibit B</u>**

**2022  FOREIGN PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# 844049

**FILED**
**Apr 19, 2022**
**Secretary of State**
**5814409829CC**

**Entity Name:** CORIZON HEALTH, INC.

**Current Principal  Place of Business:**

205 POWELL PLACE
SUITE 104
BRENTWOOD,  TN  37027

**Current Mailing Address:**

205 POWELL PLACE
SUITE 104
BRENTWOOD,  TN  37027  US

**FEI Number: 23-2108853**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

CT CORPORATION SYSTEM
1200 S. PINE ISLAND ROAD
PLANTATION, FL  33324  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

_____

Electronic Signature of Registered Agent                                              Date

**Officer/Director Detail :**

| | | | | |
|---|---|---|---|---|
| Title | SEC | | Title | CEO |
| Name | KING, J. SCOTT | | Name | TIRSCHWELL, SARA |
| Address | 205 POWELL PLACE SUITE 104 | | Address | 205 POWELL PLACE SUITE 104 |
| City-State-Zip: | BRENTWOOD TN 37027 | | City-State-Zip: | BRENTWOOD TN 37027 |
| Title | CFO | | Title | ASST. SECRETARY |
| Name | SHOLEY, F. JEFFREY | | Name | FINGER, JENNIFER |
| Address | 205 POWELL PLACE SUITE 104 | | Address | 205 POWELL PLACE SUITE 104 |
| City-State-Zip: | BRENTWOOD TN 37027 | | City-State-Zip: | BRENTWOOD TN 37027 |
| Title | ASST. SECRETARY | | Title | ASST. SECRETARY |
| Name | PATEL, MAYA | | Name | BARTOLI, TRACY |
| Address | 205 POWELL PLACE SUITE 104 | | Address | 205 POWELL PLACE SUITE 104 |
| City-State-Zip: | BRENTWOOD TN 37027 | | City-State-Zip: | BRENTWOOD TN 37027 |
| Title | DIRECTOR | | Title | CMO |
| Name | TIRSCHWELL, SARA | | Name | LADELE, M.D., AYODEJI |
| Address | 205 POWELL PLACE SUITE 104 | | Address | 205 POWELL PLACE SUITE 104 |
| City-State-Zip: | BRENTWOOD TN 37027 | | City-State-Zip: | BRENTWOOD TN 37027 |

**Continues on page 2**

I *hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: F. JEFFREY SHOLEY                         CFO                         04/19/2022

_____

Electronic Signature of Signing Officer/Director Detail                                              Date

**Officer/Director Detail Continued :**

| | | | | |
|---|---|---|---|---|
| Title | DIRECTOR, CHAIRMAN | | Title | DIRECTOR, VICE CHAIRMAN |
| Name | GEFNER, DAVID | | Name | GOLDBERGER, ABE |
| Address | 205 POWELL PLACE SUITE 104 | | Address | 205 POWELL PLACE SUITE 104 |
| City-State-Zip: | BRENTWOOD  TN  37027 | | City-State-Zip: | BRENTWOOD  TN  37027 |
| | | | | |
| Title | DIRECTOR | | Title | DIRECTOR |
| Name | LEFKOWITZ, ISAAC | | Name | LEITNER, JAY |
| Address | 205 POWELL PLACE SUITE 104 | | Address | 205 POWELL PLACE SUITE 104 |
| City-State-Zip: | BRENTWOOD  TN  37027 | | City-State-Zip: | BRENTWOOD  TN  37027 |