# **Exhibit D**

**From:** "Rawnsley, Holly" <Holly.Rawnsley@corizonhealth.com>
**To:** "Tirschwell, Sara" <Sara.Tirschwell@corizonhealth.com>, "Murphy, Michael (BWD)" <Mike.Murphy@corizonhealth.com>, "King, Scott" <Scott.King@corizonhealth.com>, "Sholey, Jeff" <Jeff.Sholey@corizonhealth.com>, "Finger, Jennifer" <Jennifer.Finger@corizonhealth.com>, "Lefkowitz, Isaac" <IL@corizonhealth.com>
**Cc:** "Bell, Dana" <Dana.Bell@corizonhealth.com>
**Subject:** RE: Use this version please
**Date:** Tue, 22 Mar 2022 20:09:10 +0000
**Importance:** Normal
**Attachments:** CHS_AZ_LLC_Clarifications_Response_3.22.22_.docx
**Inline-Images:** image001.png

---

Changes have been accepted and YesCare org chart updated.
This will need to be PDF'd and combined with our other attachments and sent to Dana for submittal.

Please sign off ASAP… Thanks!

**Holly Rawnsley**
**Vice President of Proposal Development**
**Corizon Health**
**Office:** 615.376.0644
**Cell:** 615.335.4517

---

**From:** Tirschwell, Sara <Sara.Tirschwell@corizonhealth.com>
**Sent:** Tuesday, March 22, 2022 2:49 PM
**To:** Rawnsley, Holly <Holly.Rawnsley@corizonhealth.com>; Murphy, Michael (BWD) <Mike.Murphy@corizonhealth.com>; King, Scott <Scott.King@corizonhealth.com>; Sholey, Jeff <Jeff.Sholey@corizonhealth.com>; Finger, Jennifer <Jennifer.Finger@corizonhealth.com>; Lefkowitz, Isaac <IL@corizonhealth.com>
**Subject:** Use this version please

Sara Tirschwell

Chief Executive Officer

**Corizon Health**

103 Powell Ct, Brentwood, TN 37027

Direct:  (615) 905-1000

Sara.Tirschwell@corizonhealth.com

EXHIBIT
TCC 308

DEBTOR445128



Confidential

DEBTOR445129



March 22, 2022

Denel M. Pickering
Chief Procurement Officer
Arizona Department of Corrections, Rehabilitation & Reentry
Procurement Services
1645 W. Jefferson, Mail Code 55302
Phoenix, AZ  85007

**Re: Request for Proposal (RFP) No. BPM003905 – Inmate Correctional Health Services**
    **Request for Clarifications**

Dear Ms. Pickering,

Thank you for the opportunity to provide answers to questions about our proposal.  We appreciate the time you and your team have taken to review our proposal. On the following pages, please find our responses to each of the Clarification Questions posed.

If you need additional information or clarification, please contact me at 318.426.8264 or dana.bell@corizonhealth.com. We look forward to further discussion.

Respectfully yours,

Dana Bell
Chief of Staff/Vice President Business Development

**CHS AZ, LLC**
101 N 1st Ave. Suite 800
Phoenix, AZ 85003

Confidential                                                                                          DEBTOR445130



> 1. Scope of Work, Page 24, 1.3 Qualifications, Section 1.3.5 -1.3.6
> CHS did not provide a complete description of ownership, age and scope of the Offeror's company, and a detailed organizational chart identifying the organizational structure. The offer also failed to include information if the company was formed through a multi-party agreement or partnership and its relevant details.
> Please submit detailed and sufficient information as required by the RFP.

CHS AZ LLC ("CHS"), a YesCare Company, is an Arizona limited liability company that was formed on February 11, 2022.  CHS is a newly formed company established for the sole purpose of bidding and providing inmate correctional health care to the inmates in the care of the ADCRR.  YesCare is CHS' parent company.  Accordingly, we have responded as YesCare to most of the ADCRR's questions unless they pertain to a specific organizational entity or require a response from the proposed contractual counterparty.

CHS is a wholly owned subsidiary of YesCare Corp. ("YesCare"), a Texas corporation. YesCare was incorporated on January 31, 2022.  All of YesCare's eligible employees are entitled to participate in the ownership of YesCare through an employee stock ownership plan (ESOP).  The ESOP structure offers employees convertible preferred shares of YesCare, which is 100% employee and majority women owned.  Under our ESOP ownership structure, employees of the corporation receive the opportunity to invest personally and receive ownership stakes in the corporation, producing a new ownership structure whereby nurses, counselors, support staff, physicians and corporate field support hold personal financial stakes in the overall performance of the corporation.  Ultimately, YesCare creates a new dynamic within correctional health care, providing financial incentives to its staff to ensure the integrity, professionalism and excellence of the organization as a whole.

YesCare and its subsidiary, CHS AZ, LLC have entered into a Practice Management Service Agreement (the "PMSA") with Geneva Consulting LLC ("Geneva") under which Geneva receives compensation in return for providing all back-office and administrative support generally, as well as capital financing and bonding requirements specifically in connection with CHS AZ, LLC's provision of inmate correctional health care services to the ADCRR.

Geneva is a wholly owned subsidiary of Genesis Healthcare, Inc. ("Genesis"), a Delaware corporation that is publicly traded under the symbol GENN.  Geneva is a direct owner of a diverse group of over two dozen health care companies as shown in **Attachment A.**  Geneva brings a unique combination of critical healthcare services and resources that include RN/LPN staffing, primary care, behavioral health care, substance use treatment (including MAT), wound care, emergency transportation, utilization management, clinical lab services, and kidney care. Genesis employs approximately 40,000 healthcare professionals nationwide.

YesCare Corp.'s organizational structure is summarized in the chart below.

Confidential

DEBTOR445131



## YesCare Corp. Organizational Structure



---

2. Scope of Work, Page 36, 1.4 Financial Responsibility, Section 1.4.1
CHS failed to submit all 5 years of Audited Financial Statements. CHS submitted document only for Years 2017, 2019 and 2020. Please provide the complete five (5) year Audited Financial Statements as required in the RFP.

YesCare, on behalf of CHS, has provided additional two years (2018 and 2016) of Audited Financial Statements as **Attachment B – Audited Financial Statements.**

Our audited financial statements have been designated as confidential and proprietary in accordance with **Section 4 – Designation of Confidential, Trade Secret & Proprietary Information** provided with this Clarification submittal.

---

3. Scope of Work, Page 36, 1.4 Financial Responsibility, Section 1.4.1.1
CHS AZ, LLC submitted audited financial statements of Genesis Healthcare, the parent company, to demonstrate the financial responsibility as a newly formed entity that is relying on another organization to meet capitalization requirements, according to the cover letter, CHS AZ, LLC is a wholly owned subsidiary of YesCare, Corp.
Please submit a detailed and sufficient explanation for the connection between CHS AZ, LLC, Geneva Consulting, LLC, Genesis, and YesCare.

---

Confidential                                                                                 DEBTOR445132



The connection between CHS AZ, LLC (CHS), YesCare Corp. (YesCare), Geneva Consulting (Geneva), and Genesis Healthcare, Inc. (Genesis) is described in detail in our response to Question 1, above. Geneva has, through the Practice Management Services Agreement, a financial interest in the success of YesCare and its subsidiary companies.

In the event of an ADCRR award of the contract for the delivery of inmate correctional health care to the state's prison population as described in the RFP, Geneva will:

   a.   Post the required performance bond;

   b.   Provide financial and other resources to assist CHS with the full performance of services specified in the contract between the ADCRR and CHS; and

   c.   Provide management, administrative, and other services to support CHS in the provision of high-quality correctional health care services to inmates committed to the care and custody of the ADCRR; and

Confirmation of Geneva's role in these financial, back office, and administrative support to CHS is set forth in the commitment letter provided in **Attachment C.**  In simple terms, the collaborative relationships and commitments of CHS, YesCare, and Geneva to ADCRR and the individuals committed to the custody of the ADCRR provide a solid framework for a partnership between all of these organizations to ensure immediate and sustainable change in the provision of healthcare within ADCRR.

**Attachment C**, our Commitment Letter, has been designated as confidential and proprietary in accordance with **Section 4 – Designation of Confidential, Trade Secret & Proprietary Information** provided with this Clarification submittal.

> 4. Scope of Work, Page 36, 1.4 Financial Responsibility, Section 1.4.4
> CHS identified in their proposal that CHS AZ, LLC, a YesCare Company ("YesCare") has read, understands, and shall comply with subsection 1.4.4 Financial Management. However, the staffing matrix Attachment F does not reference a financial or accounting position.
> Please clarify and confirm with sufficient description on how CHS meet this requirement.

The YesCare management team consists of experienced accounting, finance, legal professionals, and staff who are responsible for maintaining records in accordance with Generally Accepted Accounting Principles. The YesCare team promotes strong internal controls and drives effectiveness and efficiency in operations as well as assuring compliance with applicable laws and regulations.  Accordingly, Jeff Sholey, YesCare's Chief Financial Officer, leads finance and accounting training for all YesCare Health Services Administrators, Vice Prsidents of Operations, operations, and finance professionals, companywide. As part of our team, YesCare will employ a local financial professional  in our regional office in the Phoenix area.

Confidential                                                                                                      DEBTOR445133



> **5. Scope of Work, Page 37, 1.4 Financial Responsibility, Section 1.4.4.5**
> CHS did not include any description of how they will provide access to Contractor service locations, facilities, or installations; and software including any and all files produced by this software and equipment.
> Please submit sufficient description of how the required access will be provided.

YesCare will provide access to systems, reports, and other financial documentation at the request of the Department. We will grant such access across all Arizona facilities, YesCares regional location in Arizona, and/or at YesCare's corporate office. As noted throughout our technical proposal response, many of YesCare's systems are cloud based, can be accessed from remote locations, and do not generate specific output that is kept in hard copy. We scan electronic copies of all claims and invoices for remote retrieval by each of YesCare's or YesCare's subsidiary clients.

> **6. Scope of Work, Page 38, 1.4 Financial Responsibility, Section 1.4.4.8**
> CHS did not include any detailed description of their experience in working with governmental agencies in developing and submitting budget tracking data. One (1) example between YesCare and the Philadelphia Department of Prisons has been attached to the offer. There are no comments or sufficient description of how the partnering was developed and how it functions.
> Please submit sufficient description of experience in developing and submitting budget tracking data for CHS.

Jeff Sholey, YesCare's Chief Financial Officer, leads YesCare's corporate finance department. Mr. Sholey is a CPA with a background in public accounting and over 20 years of experience in the correctional health industry. Under his direction, a Senior Director of Accounting, Accounting Manager, and Staff Accountant, and an Arizona-based financial professional, trained by Mr. Sholey, will be assigned to oversee the ADCRR accounting, contract reporting, and financial compliance requirements of the agreement.

YesCare, on behalf of CHS, will provide to the ADCRR quarterly contract financial statements and comparisons to the contract budget that meet the ADCRR's requirements. The accounting team will prepare a summary explanation of variances between actual performance and the budgeted contract expense, including variances in key statistical data. YesCare's Arizona finance team, along with Arizona based Operations leadership, will be prepared to hold discussions with key ADCRR contacts to review results and respond to questions. Quarterly meetings will be provided either in person or via video services to effectively communicate between the parties. Feedback from quarterly meetings on format and topics will be incorporated into future meetings.

YesCare possesses a long track record of partnering with clients to develop reporting tailored to their specific needs under the contract. As noted above, we provided an example of a client report tracking budget data in **Attachment F** in **Section 4 – Designation of Confidential, Trade Secret & Proprietary Information.** YesCare's contract with the Philadelphia Department of Corrections has an established budget that is mutually agreed upon by YesCare and the Client. This process includes the following analyses:

Confidential    DEBTOR445134



- A staffing matrix revision to make any changes that are necessitated due to programmatic changes, fully priced with benefits and backfill.  Further, expected overtime utilization and anticipated agency utilization based on trend are included in the staffing pricing.
- Trend analysis, combined with known or expected variances, to accurately estimate variable costs, including pharmacy.
- Negotiation of subcontracts and pricing analysis based on utilization of services.
- Inclusion of fixed costs known to be necessary for operations.

Upon completion of the annual budget, we track costs and submit them to the City monthly, calculating and documenting variances.  We provide a further reconciliation both quarterly and annually, which allows for real time tracking of financial performance and variance against budget.

YesCare is open to customizing Client financial reports to best meet the needs of individual clients.

For further reference, please feel free to contact:
Deborah A. Snyder, Contract Administrator
**Philadelphia Department of Prisons**
7901 State Road, CFCF, 3rd Floor
Philadelphia, PA 19136
P/215-685-7902

7. Scope of Work, Page 64, 1.8 Responsibility for Coordination of Care, Section 1.8.12 QM CHS does not address in the list of required AM/CQI program whether they will meet the outlined program requirements.
Please submit a review of each individual requirement and provide a sufficient description as to how you will meet the outlined program requirements.

YesCare, on behalf of CHS, has revised its response to 1.8 Responsibility for Coordination of Care, Section 1.8.12 QM to include a review of each individual requirement and a description as to how we will meet the outlined program requirements. Due to its length, we have provided this revision as **Attachment D – Revised Section 1.8.12 QM.**

8. Scope of Work, Page 65, 1.8 Infection Control Program, Section 1.8.15.1.2
CHS's proposal mentioned the implementation of vaccination program, however, the language is vague on COVID-19 vaccination and there is no specific language for screening all inmates for Hepatitis C at intake.
Please submit detailed and sufficient description of how these vaccination programs will be implemented in compliance with the RFP requirements.

To fulfill its responsibilities for vaccinating the patient population, YesCare staff will offer all patients the COVID vaccine during intake. Additionally, YesCare staff will conduct bi-weekly vaccine clinics at each Complex for any unvaccinated patients or those eligible for COVID boosters per CDC and/or State Health Department guidelines.

Confidential                                                                                                                    DEBTOR445135



In addition, the YesCare team will conduct monthly meetings with ADCRR facility leadership and local health agencies to review COVID vaccination/treatment protocols as well as review data analytics involving Infection Control within each region.

On an annual basis prior to Influenza season (late September), YesCare will facilitate a meeting involving the ADCRR, local health departments, and community hospitals to review YesCare's Pandemic Plan and Table-Top exercise(s) that encompasses COVID management. This entails all processes related to screening tools, triage of care – algorithms, EMS/Hospital diversion plans, and vaccination protocols.

YesCare possesses decades of experience in identifying, tracking and treating the significant prevalence of Hepatitis C in incarcerated populations and YesCare possesses a solid track record of ensuring the timely identification of infected individuals followed by a policy-driven treatment plan. The process can be summarized as follows:  YesCare staff offers all inmates screening for HCV at intake with an HCV antibody test.  After educating inmates on the benefits of screening, YesCare staff will obtain a written refusal from any inmate who refuses.  YesCare staff place these written refusals in the medical record. For any inmate who tests positive, YesCare staff will ensure that such inmates receive appropriate eduation on HCV and the course of management and treatment.  At the time of a positive test result, YesCare staff will also schedule an initial evaluation by a clinical provider.  After the initial consultation with a clinical provider, the YesCare team will enact a comprehensive management and treatment plan for each HCV positive offender considering their individualized condition and all chronic HCV-positive patients will be enrolled in YesCare's chronic care tracking program, which ensures monitoring of these patients at clinically-determined intervals.

> 9. Scope of Work, Page 66, 1.9 Health Assessment/Intake Process, Section 1.9.2.2 CHS's response to this section does not meet the RFP requirements.
> Please confirm your understanding that "all inmates shall receive a subsequent mental health intake exam by a licensed mental health clinician by the end of the second full day of the inmate's arrival at the reception center."

YesCare, on behalf of CHS, confirms our understanding that all inmates shall receive a subsequent mental health intake exam by a licensed mental health clinician by the end of the second full day of the inmate's arrival at the reception center.

> 10. Scope of Work, Page 70, 1.10 Medical Services, Section 1.10.3 CHS's response to this section describes a paper process.
> Please confirm your understanding that, based on the requirement in section 1.23, the Department is seeking an electronic EMR.

YesCare, on behalf of CHS, confirms our understanding that, based on the requirement in section 1.23, the Department seeks an electronic EMR.  We proposed the continued use of eOMIS® to simplify the transition process and reduce the amount of change necessary when bringing on a new medical provider.  We have continued to be highly engaged with Marquis Software in the development lifecycle of the eOMIS® EHR application since we partnered with ADCRR in implementing it.  eOMIS® is a

Confidential

DEBTOR445136



purpose-built EHR to address the challenges of providing correctional healthcare and is in compliance with HIPAA and HL7 Standards.

> **11. Scope of Work, Page 70, 1.10 Medical Services, Section 1.10.3.1**
> CHS is suggesting that ADCRR approval is needed their "patient safety NETs and ERTs be utilized by appropriately trained personnel at each facility".
> Please clarify and explain why ADCRR's approval is needed for this action?

YesCare has implemented the patient safety NETs and ERTs for each of our client partners. The intent of our request for ADCRR approval was to provide the ADCRR an opportunity to see the NETs and ERTs prior to implementation. We recognize that ADCRR's approval is not needed to implement these tools.

> **12. Scope of Work, Page 70, 1.10 Medical Services, Section 1.10.4.5.5**
> CHS's response speaks to programming in this section but there is no specific description of what this treatment will entail.
> Please submit a sufficient description of this program and clarify and confirm what position on your staffing pattern for Perryville will provide these services.

The management of this program will be provided by a YesCare Clinical Administrative Educator (RN) in conjunction with our proposed Education Coordinator (RN), who will be based in the Phoenix regional office.

YesCare will offer our Women's Health Education Program (WHEP) to all incarcerated females at the Perryville Complex. WHEP includes a Self-Study Mode (SSM), which allows students to work at their own pace. In our experience, student participation in the program has demonstrated enthusiastic responses with high pass rates with an average score around above 95% after program completion.

**Program/Project's Progress Update & Implementation**

**Class Topics/Curriculum:**

- Class #1: Introduction of the Program & Student Orientation
- Lesson 1: *Nutrition, Exercise, and Tobacco/Nicotine Use-Overview of*
- *Women's Health*
- Lesson 2: *Behavioral Health/Mental Health and Wellness /Substance*
- *Use Disorders*
- Lesson 3: *Overview of Biological (Reproductive) Stages in Women- Anatomy,*
- *Menstruation, Perimenopause, Menopause and Post-Menopause*
- Lesson 4: *Reproductive Health Screenings and Maintenance*
- Lesson 5: *Sexually Transmitted Infections (STIs) or Diseases*
- Lesson 6: *Pregnancy Care*
- Lesson 7: *Breastfeeding*
- Lesson 8: *Family Planning (Contraceptive Methods and Abortion)*
- Lesson 9: *Reproductive Life Plan*

Confidential                                                                    DEBTOR445137



> 13. Scope of Work, Page 76, 1.10 Medical Services, Section 1.10.4.8
> CHS provided a Flow Chart addressing identification but it does not discuss the management of persons with physical disability as requested in this section.
> Please provide detailed and sufficient information on how persons with disabilities care is managed.

YesCare, on behalf of CHS, is providing the following language to accompany the flow chart to provide additional information on how we manage care for individuals with disabilities.

YesCare will ensure that persons with disabilities receive a thorough evaluation for therapeutic interventions such as assistive devices, medications, lower bunks, and self-care opportunities. Our staff will complete patient education at each encounter with each patient, as necessary. Our staff will also document the frequency of follow-up needs and therapeutic interventions in the patient's medical record and reviewed at each encounter.

> 14. Scope of Work, Page 70, 1.10 Medical Services, Section 1.10.5.6
> CHS does not include sufficient information on how chronic condition/disease management will be provided to inmates.
> Please provide a detailed specific description of the program, including timely lab testing and medication reviews.

Every chronic care encounter entails medication review, patient education and response to treatment. However, frequency of lab testing, and other diagnostic tests is specific to the disease and the patient. Unless otherwise indicated, we complete lab tests prior to each chronic care visit so that the provider has current results on which to base treatment decisions. For example, before a chronic care appointment with a diabetic patient, we order a routine hemoglobin a1c test. At that visit, the provider reviews that result, along with the results of routine fingerstick blood sugars conducted by nursing. Based on a totality of results and current patient condition, the provider reviews all medications, such as insulin, and makes medically necessary adjustments with indication of status disposition of the chronic illness (ex. Improved, Stable etc.) within the Assessment and Plan sections of the chronic care progress visit note. As the final part of the encounter, we order follow-up interventions and complete patient education.

Chronic disease/condition management follows standards of care found in our disease specific clinical pathways. Our pathways include diagnostic criteria, treatment regimens, lifestyle changes, frequency of laboratory testing, and other follow-up care.

YesCare adapted its treatment guidelines from nationally recognized evidence-based information such as **InterQual®, HEDIS, UpToDate®,** and **National Comprehensive Cancer Network (NCCN)** protocols which guide the referral process. YesCare adapted its clinical guidelines from nationally recognized correctional healthcare sources such as the **American Correctional Association (ACA)**, the **National Commission on Correctional Health Care (NCCHC**), and from guidelines endorsed by recognized national organizations, such as the **American Diabetes Association**, **Centers for Disease Control and**

Confidential                                                                DEBTOR445138



**Prevention**, and the **American Psychiatric Association**. A comprehensive list of these resources is provided in section 1.10.5.2 of our proposal.

By way of an example, the following paragraphs describe how providers use the **Clinical Pathways** for patients found to have the chronic condition of diabetes.

Patients who report a history of diabetes, or who are diagnosed with diabetes and requiring treatment are evaluated by a practitioner for physical, substance use histories, co-morbidities, nutritional status, and medication review.

YesCare's **Clinical Pathway for Diabetes** includes the following tools to provide treatment.

- The provider will assess the information provided by the nursing staff and refer to the YesCare *Diabetes Pathway* for recommended evaluation, treatment, and follow-up. The **Clinical Pathways** also include the Chronic Care Encounter tool for Metabolic Diseases, The Prescriptive Optimization for Safety and Efficacy (P.O.S.E.) tool, Patient Safety Cases, Corrective Regular Insulin Coverage (CRIC) Instructions, Finger Stick Blood Glucose (FSBG) records for both new intake cases and ongoing monitoring, and a tool for Monofilament Testing for Diabetes.

- The provider then orders the treatment plan using the Metabolic Chronic Care Encounter Tool and Physician Order. Healthcare staff continues to monitor the patient using the FSBG Record at each blood sugar check, as ordered by the provider. Built into this tool is a mandatory weekly review by the practitioner, ensuring all diabetic patients have close oversight.

- Nursing tools include a Nurse Encounter Tool (NET) for Hyper/Hypoglycemia as well as a resource tool that details symptoms and causes of both hyper and hypoglycemia and preventive measures for both.

| Chronic Care Clinical Pathway: DIABETES | |
| --- | --- |
| **Pathway** | |
| TOOLS | |
| Provider Tools | CCC Encounter-Metabolic<br>P.O.S.E.<br>Patient Safety Cases<br>CRIC Instructions<br>FSBG-New Intake<br>FSBG Record<br>Monofilament Testing for Diabetes |
| Nursing Tools | NET-Hyper/Hypoglycemia<br>NET Resource-Blood Glucose Alteration |
| Patient Education | PIFS-Diabetes General Information<br>PIFS-Diabetes-Long Term Problem<br>PIFS-A1c<br>PIFS-Checking your Blood Sugar<br>PIFS-Taking Insulin |
| CO Education | COB-Diabetes |

Once we enroll the patient in the Diabetic Chronic Care Clinic, YesCare's clinical team begins the process of patient education. We furnish **Patient Information Fact Sheets (PIFS)** to assist with on-site support and to offer motivation for lifestyle adjustments to better control illness. We employ these teaching tools during patient encounters, individual counseling, and later reading and reference by the patient. YesCare has developed additional educational material specifically for use by Correctional Officers, which we distribute to assist the Correctional Officer with management of patients in population as well as with rapid identification of critical health concerns.

Confidential    DEBTOR445139

> **15. Scope of Work, Page 79, 1.10 Medical Services Section 1.10.6**
> CHS's proposal identifies in this section that "...An individual diagnosed with a serious mental illness will not be placed in extended restrictive housing, unless... "
> Please confirm your understanding that CHS does not make custody determinations.

YesCare, on behalf of CHS, fully understands and agrees that ADCRR has ultimate authority for custody determinations. By virtue of the quoted language from our proposal, YesCare certainly did not intend to suggest any ability to override the placement of any inmate in restrictive housing. We apologize for any confusion this issue.

As clarification, restrictive housing remains a challenging environment for both facility leadership, custody personnel and mental health providers. YesCare fully supports the key principle that the safety and security of the facility, its personnel and inmates must take priority over all other considerations. YesCare is committed to fully supporting ADCRR's mission in this respect.

Consistent with NCCHC standard on segregated inmates, YesCare staff will review the inmate's health record and work with custody staff in the event that YesCare staff encounter inmates with medical, dental, or behavioral health needs. In the event that there is concern for acute psychiatric risk, particularly as it relates to self-injury or suicide, YesCare staff will immediately notify ADCRR staff, assist with any deliberations about the inmates and his/her placement, and implement a Risk Management Plan for the inmate. This plan will identify unique triggers for behaviors, as well as coping mechanisms, with the goal of assisting the inmate, medical, behavioral health, and custody staff with mitigating risk, promoting mental wellness, and encouraging positive and safe behaviors.

> **16. Scope of Work, Page 98, 1.12 Pharmacy Services, Section 1.12.22**
> CHS's proposal states that YesCare "will collaborate with Pharmacorr to ensure documentation and tracking medication related errors due to nursing medication."
> The offer does not include specific explanation on the methodology on how this will be ensured during the term of contract.
> Please clarify and submit sufficient description of the process that will be applied to inventory management.

YesCare staff will keep a perpetual inventory of stock medications. Using eOMIS' capabilities of inventory management, YesCare will track every stock medication delivered to the facility, transferred within the facility, or taken out of inventory to be given to a patient or disposed of according to policy, rules, and regulations. Each shift will verify the inventory at shift change to ensure the count on hand remains correct. YesCare will investigate any discrepancies in stock medications to correct the current inventory. If the disposition of the medication cannot be determined, YesCare will proceed documenting a medication error according to the error reporting policy. A member of site healthcare management will document and review this. An additional review of the inventory will be conducted during the regular medication audit performed by the regional pharmacist. Additional reviews may be requested by facility management or the ADCRR.

Confidential                                                                                                    DEBTOR445140



The eOMIS EHR tracks all patient specific medication inventory. Administration of the medication, wasted doses, and disposal of the medication will be logged in the system. Any discrepancies and the corresponding reason for the discrepancies will be logged in the system. Discrepancies that cannot be resolved will be reported as stated above with stock medications. The regional pharmacist will also audit the patient specific medication inventories.

> 17. Scope of Work, Page 106, 1.12 Pharmacy Services, Section 1.12.29
> CHS states that "if the medication is not directly available from Pharmacorr, the product will be provided by the extensive backup or specialty pharmacy network that Pharmacorr has assembled." The offer does not include detailed explanation of the assembled network.
> Please clarify and submit sufficient description of the specific network assembled by Pharmacorr.

The list of pharmacies below provides a sampling of the 1,400 pharmacies in YesCare's EHO network in the state of Arizona matched up to the Complexes by zip code. There are additional pharmacies in the vicinity of the Complexes that are not listed. In addition, the ADCRR may add any other pharmacies not currently part of the EHO network with ease.

Confidential                                                                                          DEBTOR445141



| Complex | Pharmacy | Street | City | State | Zip |
|---|---|---|---|---|---|
| ASPC DOUGLAS | BASHAS PHARMACY #112 | 1300 SAN ANTONIO AVE | DOUGLAS | AZ | 85607 |
| | CVS PHARMACY #10859 | 286 E 7TH ST | DOUGLAS | AZ | 85607 |
| | GENOA HEALTH CARE - 10948 | 1701 N DOUGLAS AVE | DOUGLAS | AZ | 85607 |
| | KING TUT PHARMACY | 90 E 3RD ST | DOUGLAS | AZ | 85607 |
| | WALMART PHARMACY 10-1846 | 199 W 5TH ST | DOUGLAS | AZ | 85607 |
| ASPC EYMAN & FLORENCE | SAFEWAY PHARMACY #2835 | 3325 N HUNT HWY | FLORENCE | AZ | 85132 |
| | SUN LIFE FAMILY HEALTH CENTER-FLORENCE | 174 W HIGHWAY 287 | FLORENCE | AZ | 85132 |
| ASPC FLORENCE - GLOBE | COBRE VALLEY PHARMACY | PHARMACY DEPT | GLOBE | AZ | 85501 |
| | PALACE DRUG #24 | 100 N BROAD ST | GLOBE | AZ | 85501 |
| ASPC LEWIS | FRYS FOOD AND DRUG# 660675 | 1300 S WATSON RD | BUCKEYE | AZ | 85326 |
| | WALGREENS #11470 | 25073 W SOUTHERN AVE | BUCKEYE | AZ | 85326 |
| | WALGREENS #9175 | 23477 W YUMA RD | BUCKEYE | AZ | 85326 |
| | WALMART PHARMACY 10-3407 | 1060 S WATSON | BUCKEYE | AZ | 85326 |
| | XPRESS CARE PHARMACY# 2 | 4290 S MILLER RD STE 101 | BUCKEYE | AZ | 85326 |
| ASPC PERRYVILLE | CIGNA MEDICAL GROUP PHARMACY - PALM VALL | 14445 W MCDOWELL RD STE A104 | GOODYEAR | AZ | 85395 |
| | CVS PHARMACY #03749 | 2840 N DYSART | GOODYEAR | AZ | 85395 |
| | GERMAN DOBSON CVS, LLC #16593 | 1515 N LITCHFIELD RD | GOODYEAR | AZ | 85395 |
| | WALGREENS #12334 | 1654 N PEBBLE CREEK PKWY | GOODYEAR | AZ | 85395 |
| | WALGREENS #3657 | 3361 N LITCHFIELD RD | GOODYEAR | AZ | 85395 |
| | WALMART PHARMACY 10-3604 | 14200 W INDIAN SCHOOL RD | GOODYEAR | AZ | 85395 |
| ASPC PHOENIX | ARIZONA STATE HOSPITAL PHARMACY | 2500 E VAN BUREN ST | PHOENIX | AZ | 85008 |
| | CHC PHARMACY | 2525 E ROOSEVELT | PHOENIX | AZ | 85008 |
| | COSTCO PHARMACY# 465 | 4502 EAST OAK STREET | PHOENIX | AZ | 85008 |
| | CVS PHARMACY #03500 | 1625 N 44TH ST | PHOENIX | AZ | 85008 |
| | GENOA HEALTH CARE - 10882 | 4909 EAST MCDOWELL RD | PHOENIX | AZ | 85008 |
| | MMC OUTPATIENT DISCHARGE PHARMACY | 2601 E ROOSEVELT | PHOENIX | AZ | 85008 |
| ASPC SAFFORD | THRIFTY PHARMACY | 755 S CENTRAL AVE | SAFFORD | AZ | 85546 |
| | WALGREENS #2429 | 1995 W THATCHER BLVD | SAFFORD | AZ | 85546 |
| | WALMART PHARMACY 10-1149 | 755 S 20TH AVE | SAFFORD | AZ | 85546 |
| | WALTON DRUG | 1520 W. THATCHER BLVD | SAFFORD | AZ | 85546 |
| ASPC SAFFORD - FORT GRANT | SAFEWAY PHARMACY #0272 | 650 N BISBEE AVE | WILLCOX | AZ | 85643 |
| | THE MEDICINE SHOPPE PHARMACY# 1974 | 902 W REX ALLEN DR | WILLCOX | AZ | 85643 |
| ASPC TUCSON | FRY'S PHARMACY #90 | 8080 S HOUGHTON ROAD | TUCSON | AZ | 85747 |
| | SAFEWAY PHARMACY #1986 | 9050 E VALENCIA RD | TUCSON | AZ | 85747 |
| | WALGREENS #7041 | 9184 E VALENCIA RD | TUCSON | AZ | 85747 |
| | WALMART PHARMACY 10-5858 | 9260 S HOUGHTON RD | TUCSON | AZ | 85747 |
| ASPC WINSLOW | SAFEWAY PHARMACY #0239 | 1601 N PARK DR | WINSLOW | AZ | 86047 |
| | WALMART PHARMACY 10-1328 | 700 MIKES PIKE ST | WINSLOW | AZ | 86047 |
| | WINSLOW INDIAN HEALTH CENTER | 500 INDIANA AVE | WINSLOW | AZ | 86047 |
| ASPC WINSLOW - APACHE | ST JOHNS DRUG | 1155 W CLEVELAND | ST JOHNS | AZ | 85936 |
| ASPC YUMA | SANTA TERESA PHARMACY | 1896 BABBIT LANE | SAN LUIS | AZ | 85349 |
| | SUNSET SAN LUIS PHARMACY | 815 E JUAN SANCHEZ BLVD | SAN LUIS | AZ | 85349 |
| | WALMART PHARMACY 10-4337 | 1613 N MAIN ST. | SAN LUIS | AZ | 85349 |

> 18. Scope of Work, Page 114, 1.13 Mental Health Services, Section 1.13.7.1 CHS's proposal identifies a sentinel event reporting program.
> Please clarify and provide sufficient explanation if and how this is offered as an additional program.

YesCare focuses on patient safety and evidence-based behavioral health care in all of our contracts. Our Suicide Prevention Task Force monitors the Department of Justice national benchmarks for suicides in Jails and Prisons and sets goals with specific action plans to assist our sites with the continuous reduction of suicide rates. We introduced our Suicide Reduction Task Force in 2019. In our first year, we realized a 10% reduction in suicides across our network of care, against the backdrop of a significant increase in suicide rates in correctional settings generally that year.

An additional component of our Quality Improvement and Patient Safety (QIPS) program is Sentinel Event, also referred to as Patient Safety Event, Reporting. As mentioned in our response, YesCare

Confidential

DEBTOR445142



participates in a federally qualified Patient Safety Organization (PSO).  As a participant in the PSO, YesCare collects and analyzes data for the express purpose of improving healthcare and patient safety. Patient Safety, or Sentinel Event reporting allows YesCare to proactively participate in quality and patient safety initiatives that place the needs of the patient first.  YesCare desginates specific safety events as mandatory reporting, to include, suicide attempts and completed suicides.

Following a sentinel event, the facility medical leadership team will compile all relevant documentation and information and submit the medical records with a narrative summary/administrative review to the YesCare Patient Safety Event Committee.  The Patient Safety Event Committee (PSEC) consists of clinical team members across our company, including behavioral health professionals and physicians.   The PSEC reviews relevant factors in each event, such as an initial root cause analysis and chronological timeline of the event.

YesCare adopted a standardized classification system utilized widely in healthcare to allow a more streamlined approach to classifying events. This nomenclature enables us to apply a common approach for collecting and organizing patient safety data to assess for deviations and causations. The four major classifications include:

- Category 1-No Harm
- Category 2-Near Miss Safety Event
- Category 3-Precursor Safety Event
- Category 4-Sentinel Safety Event

Based on the classification of an event, the PSEC provides feedback to site/regional leadership and adjust the Quality Improvement Plan as necessary.

YesCare also analyzes data from across all our contracts to assist with identification of trends. Additionally, because YesCare participates with this PSO in this process, it can access data voluntarily shared with the PSO.  PSOs serve as independent, external experts who can assist providers in analyzing data that a provider voluntarily chooses to report to the PSO. Providers that work with a PSO can benefit from the ability of PSOs to aggregate data from all the providers reporting to the PSO, enabling many PSOs to develop the large numbers of patient safety events essential for identifying the underlying causes of infrequent, but often tragic, adverse events.

The YesCare Patient Safety Program Manager analyzes and shares data with our regional and site leaders.  This data is then shared with our clinical teams to help inform program enhancements or improvements, or assist with quality improvement planning, and mitigate risk.

All activities and materials related to sentinel event reporting are considered a patient safety work product (PSWP) and is protected by the Patient Safety Act and Patient Safety Rule.  PSWP may also include patient information that is protected health information as defined by the Health Insurance Portability and Accountability Act (HIPAA) Privacy Rule.

Confidential    DEBTOR445143



19. Scope of Work, Page 114, 1.13 Mental Health Services, Section 1.13.7.2
CHS's proposal to this section does not meet the requirement as identified in the RFP. Please confirm your understanding that all inmates admitted to ADCRR will receive a mental health assessment upon arrival at ADCRR that is conducted by a licensed mental health clinician.

YesCare, on behalf of CHS, understands and agrees that all inmates admitted to ADCRR will receive a mental health assessment upon arrival at ADCRR.  This assessment will be completed by a licensed mental health clinician.

20. Scope of Work, Page 114, 1.13 Mental Health Services, Section 1.13.7.6
CHS's proposal identifies in this section evidence-based programs. However, EMDR is not an evidence-based program in a prison setting.
Please confirm your understanding that this will not be a program used in ADCRR.

YesCare, on behalf of CHS, understands that ADCRR does not recognize EMDR as an evidence-based program for prison populations and agrees we will not employ this program in ADCRR.

21. Scope of Work, Page 114, 1.13 Mental Health Services, Section 1.13.7.9 CHS's proposal speaks to Transdisciplinary staff in this section.
Please clarify and provide sufficient information what position on your staffing pattern(s) will provide these services.

YesCare, on behalf of CHS, has designated a Statewide Release/Discharge Planning supervisor.  This licensed mental health professional will oversee the 8.0 full time Master's level Discharge Planners across the facilities.  The Discharge planning staff collaborates with nurses, physicians, midlevel providers, and other behavioral health team members (what we have referred to as the transdisciplinary team) to develop comprehensive and appropriate reentry plans which address and meet the needs of the individual.  The discharge planning staff also collaborate with community providers, courts/parole and family, if applicable, to devise reentry plans.

22. Scope of Work, Page 114, 1.13 Mental Health Services Section 1.13.7.9
CHS's proposal speaks to providing reentry services for Seriously Mentally Ill (SMI). Please confirm your understanding that reentry services are provided for all Mental Health (MH) MH-3 and above.

YesCare, on behalf of CHS, understands and agrees that all ADCRR inmates classified MH-3 and above will receive reentry services.

23. Scope of Work, Page 114, 1.13 Mental Health Services Section 1.13.7.9
CHS's proposal states that patients released from custody on medication are issued their remaining medications, given a voucher to pick up some of their prescriptions.
Please confirm your understanding of the requirement that patients released from custody will be provided a 30 day supply of medications and not be given a voucher or simply a prescription.

Confidential                                                                                      DEBTOR445144



YesCare, on behalf of CHS, understands and agrees to provide all patients released from custody with a physical, 30-day supply of medications and not a voucher or prescription.   YesCare proposes that we will provide the initial 30-day supply and an additional 60 days of mental health medications for qualified released inmates will be provided through Rx Outreach.  Rx Outreach is a 501(c)(3) non-profit pharmacy. YesCare will work with Rx Outreach and the ADCRR to develop a process for the implementation of this additional 60-day medication bridge program.

> 24. Scope of Work, Page 115, 1.13 Mental Health Service, Section 1.13.8.1
> CHS's proposal states that only a psychiatrist can request psychometric testing.
> Please confirm your understanding that any independently licensed clinician, psychologist, or psychiatrist can request this testing.

YesCare, on behalf of CHS, confirms our understanding that any independently licensed clinician, psychologist, or psychiatrist can request psychometric testing.

> 25. Scope of Work, Page 115, 1.13 Mental Health Services Section 1.13.8.2 CHS's proposal identifies a step down program with no particular details.
> Please clarify and provide sufficient description on what the step down program is.

YesCare recognizes that the environment, and level or type of behavioral health care for inmates will depend on multiple factors including, but not limited to: the nature and severity of the person's mental condition, their physical health, and the type of treatment prescribed or indicated. The three primary types of treatment settings for receiving mental health care or services are:

   a. Inpatient Hospitalization
   b. Residential Treatment Unit(s)
   c. Outpatient care

This is a continuum of care that allows patients to transition from acute units to subacute units, if possible, prior to reintegration into general population.  In our response, we referred to the Residential Treatment Unit (RTU) as a "step-down" unit as the patient is typically stepping down from an acute hospitalization or higher acuity RTU to a subacute RTU.   We did not intend to imply or propose additional transitional programming.  Rather, we want to reiterate that YesCare is adept at developing and implementing programming that is appropriate for the population based on the acuity level of the unit.

If awarded the contract, an initial step would include conducting a comprehensive evaluation of the programming and acuity levels across all the ADCRR RTUs.  This assessment will allow us to identify any best practices which could be shared with other RTUs, as well as complete a GAP analysis in each RTU for additional action.  This will allow YesCare devise and propose appropriate programming specific for the RTU and its patient population.  For example, programming developed for the RTU treating Persistent Personality Disorders would differ from programming offered to patients assigned to RTU with a focus on psychosis/delusions or depressive disorders.

Confidential                                    DEBTOR445145



It is also our experience that the best practice for management of RTUs requires significant structure, to include daily unit meetings, activity therapies, and individual and group counseling.  YesCare will work with the ADCRR to develop or continue effective programming across the spectrum of RTUs with the understanding and agreement that the long-term goal of the RTU is reintegration to general population if able.

> 26. Scope of Work, Page 115, 1.13 Mental Health Services, Section 1.13.8.3 CHS's proposal does not provide clear information in this section.
> Please clarify and provide sufficient description of the skill level and licensure of the staff that will provide the day treatment supportive services for individuals in outpatient treatment.

The YesCare Outpatient Clinics are settings where patients obtain therapy services from a variety of mental health professionals. Depending on the clinic, individual therapy, group therapy and medication management may be available.  YesCare has proposed a variety of staff to facilitate behavioral health services. Our staffing plan includes 20.0 Licensed Psychologists, 80.0 Psychological Associates, 29.0 Behavioral Health Techs, and 26.0 Mental Health RNs, divided across all the facilities.  Additionally, we have proposed 6.0 Mental Health Leads, located at designated facilities.

In our proposal, we erroneously use the term "day treatment."  Our intention is to convey that outpatient services will be structured for the general population, and available based on individual needs.  Outpatient services include structured programming during unlocked periods, supported recreational and pre-vocational activities, group therapy, social skills training, conflict resolution skills training, problem-solving and life skills training, and relaxation and self-management techniques.

The majority of outpatient services will be facilitated by licensed Psychological Associates (LPA). Individual therapy is facilitated by a licensed Psychological Associate.  Group therapy, while primarily led by an LPA, may be facilitated by other disciplines on occasion.  For example, a Mental Health RN may facilitate psycho-educational groups in areas where they have expertise, such as wellness, health promotion, or treatment of health-related issues.  Mental Health technicians similarly may assist with facilitation of activity therapies, life skills training, or other groups.  All group programming falls under the supervision of the Mental Health Lead and/or Regional Lead Psychology Associate.

> 27. Scope of Work, Page 115, 1.13 Mental Health Services, Section 1.13.9
> CHS's proposal states that all psychotropic medications will be administered by Direct Observation Therapy (DOT).
> Please clarify and confirm your understanding that not all psychotropic meds require DOT administration.

YesCare, on behalf of CHS, confirms our understanding that not all psychotropic medications require DOT administration.

> 28. Scope of Work, Page 116, 1.13 Mental Health Services, Section 1.13.15.2
> CHS's proposal did not provide description of the outcome on the example from Kansas. Please clarify and provide the complete information regarding the outcome of the example in this section.

Confidential                                          DEBTOR445146

In our recent partnership with the Kansas Department of Corrections, Corizon Health provided sex offender and substance use treatment to juvenile offenders.  In collaboration with our partners, we identified a high number of juveniles in the KJCC facility who met the diagnostic criteria for substance use/abuse disorders.  We agreed on the need for treatment programming for this population, with the long-term goal of increasing individual awareness of the impact substance use has on development.  Another goal was to increase participant knowledge of an ever-changing drug world and the substances and risks they may face when released back into the community.  We also established the goal for the program to meet and obtain licensure by the state of Kansas as an outpatient treatment program.

YesCare, fka Corizon Health, endorses the basic assumption that patients in the criminal justice system have been exposed to trauma, either prior to their incarceration or as a function of incarceration itself.  Corizon advocated that the RSAT program be based around the Substance Abuse and Mental Health Services Administration (SAMHSA) concept of a trauma-informed approach.

Our substance use treatment services for juveniles concentrated on behavioral patterns of addiction, changing irrational thinking patterns into rational thinking patterns, enhancing motivation for treatment, while also incorporating treatment for trauma-related symptoms and symptoms of other behavioral health disorders. Specialized psychotropic medication management for juveniles was also incorporated into the model by members of the same treatment team, according to the young individual's treatment plan.  Our clinicians utilized several validated instruments to assist with assessing patients, to include:

- The MAYSI-2 is a brief screening tool for use with patients in the juvenile justice system to identify signs of behavioral/emotional disturbance.
- The SASSI-A2 or A3 is designed to identify individuals with a high probability of having a substance use disorders, including substance abuse and substance dependence.
- The TCUDS-II is designed to identify individuals with a history of heavy drug use or dependency.
- The CRAFT Screening Interview is a screening tool for adolescents age 12-21, which assesses for high-risk alcohol and drug use disorders

Participants were identified for inclusion in this programming based on scores from validated instruments, identified motivation for change, and willingness to engage in treatment.

Participants attended mandatory individual and group counseling and were invited to attend voluntary groups using the "Truth About Drugs" education curriculum met twice per week, and the topics covered include The Drug Culture, How Drugs Damage the Brain, and Basic Drug/Alcohol Education. Mandatory groups focused on learning skills and strategies in the areas of mindfulness, emotional regulation, and distress tolerance.

To measure the effectiveness of this programming, participants were administered a pretest at the at three equidistant intervals.  A posttest was administered at the conclusion of the group, and then a second posttest was administered 30 days post completion or programming.

Confidential                                                                                      DEBTOR445147



Pre/Post analysis was validated in a number of ways. Pre/Post tests were administered blindly, so as not to incur evaluator bias.  A review of changes in correct responses by individuals reflected that over the course of the program, participants knowledge was demonstrated to increase.  The average results from participants demonstrated successive increases in use of healthy coping skills, with overall post-test scores demonstrating 37% increase in the use of healthy coping skills.  Dysfunctional coping skills decreased by an average of 30%, while blaming others decreased an average of 38%.

In 2018, the Kansas Juvenile Correctional Complex (KJCC) was announced as the corrections' recipient of the 2018 Barbara Allen-Hagen Award, the highest honor given by Performance-based Standards (PbS). PbS is an initiative by the Council of Juvenile Correctional Administrators that provides national standards for juvenile justice agencies, facilities, and residential care providers. Corizon Health's behavioral health team at KJCC worked to improve three areas in its suicide prevention program: staff training, suicide assessment and detection, and intra-facility communication and collaboration. In October 2014, through the efforts of Corizon Health's behavioral health team and the Kansas Department of Corrections, the juvenile outpatient substance abuse program was licensed. In June 2019 the site completed the Kansas Department for Aging and Disability Services (KDADS) Audit for Licensure as an Outpatient Treatment Facility and passed with no identified deficiencies and no corrective action plans. This was the second consecutive audit completed by the site that was free from deficiencies and corrective action plans. KJCC received a two-year license.

*More information about this program can be obtained from Gerald Jorgenson, Secretary of Administration Representative;* Gerald.Jorgenson@KS.gov*; 785-296-0045.*

> 29. Scope of Work, Page 117, 1.13 Mental Health Services, Section 1.13.15.3
> CHS's proposal states that CHS implemented a suicide companion program to assist staff in visual monitoring on suicide watch.
> Please clarify and provide sufficient explanation of your use of suicide companions was in compliance with NCCHC standards for suicide watch and confirm that inmates are being utilized only as an adjunct, not as a replacement for staff observation.

All YesCare policies and procedures, standard operation procedures, and programming is developed within the framework of both NCCHC and ACA standards to ensure compliance. The Suicide Companion Program referenced in our response was a provision to provide patients in acute crisis with peer support.  Peer support programs are evidence-based and can improve empowerment and hope for recovery for people with serious mental illness.  In suicide prevention, peer support programs may also be effective for constructive coping, support and building of hope.

Peer supporters, or what YesCare referred to as suicide companions, are individuals with lived experience or mental health challenges who have received training and provide support to others with mental health challenges.  In our partnership with the Indiana Department of Correction, the suicide companions did not replace or supplement the mandatory staff observation for either acute, (constant observation) or sub-acute (close observation) patients.  Rather, these companions afforded an additional level of support for the individual in crisis, while also being able to communicate to the officer any concerns or observations which may impact safety.

Confidential

DEBTOR445148



> 30. Scope of Work, Page 128, 1.17 Staffing, Section 1.17.7
> CHS states in the analysis section that "... Expanded RN FTEs within the intake area with the addition of one RN at Perryville and two intake RNs ... ", however, the Staffing Plan Attachments for these complexes do not show the additions.
> Please submit a sufficient description to explain the Staffing Plans relative to the two complexes.

YesCare, on behalf of CHS, acknowledges the staffing plan discrepancy between the proposal language in section 1.17.7 and the staffing tables in our original offer. The inclusion of 3.0 FTE additional RNs has been reflected in the revised staffing plans provided with this response as **Attachment E – Revised Staffing Plans.**

> 31. Scope of Work, Page 144, 1.22 Information Technology, Identification of Software CHS's proposal in this portion of the Scope of Work identifies many different software products but it does not include a comprehensive list of the different software solutions. Please submit a comprehensive list of the different software solutions and their functional description related to the provision of care. Provide specific information to any and all interfaces and include if there is interface with the Department's ACIS system. In addition, identify which processes and components of care delivery are paper process, including those that would require manual entry in EMR and those that require scheduling outside the EMR.

YesCare's list of software solutions and their function related to the provision of care include the following:

- eOMIS
  - The eOMIS® EHR is a comprehensive application that includes the ability to document and track all types of services to meet the demand in large multi-site correctional state facilities.
  - The eOMIS® functionality includes support for all encounter disciplines (medical, mental health, dental, specialty visits, detox, etc.) and their components (labs, x-rays, prescription drugs, vitals, health problems, allergies, scanned docs, e-forms, diets, dental charting, mental health segregation rounds, special equipment, etc.).
  - Full eOMIS functionality descriptions can be found in section 1.23 of our proposal.
- CARES
  - CARES was developed by YesCare to replace the paper-driven utilization management referral process.  Providing accountability and visibility to all users throughout the referral process, CARES offers automated management/ tracking of off-site appointments and verification when the scheduled off-site care is complete.
  - Full CARES functionality descriptions can be found in section 1.14 of our proposal.
- AMDGlobal AGNES – Telemedicine software that allows patients to meet with providers for their clinical needs.
  - Best technology providing high-end telehealth experience for a thorough medical exam
  - Primarily used to avoid off site visits as we have specialists leveraging this equipment to see patients remotely
  - Includes the video, exam cameras, stethoscopes, dermascope, otoscope, and other peripherals

Confidential                                                                                 DEBTOR445149

- – Cart Model, includes WIFI extender
- Polycom
  - – Polycom allows multiple device types (computers, tablets, cell phones) to perform telehealth encounters securely wherever an internet connection is available.
- Microsoft Products
  - – Provides communication and collaboration needs by utilizing the full Microsoft suite including Teams.

YesCare has updated section *1.22.11.1 Data Conversion Plan* of our original proposal submittal to address the second requirement in the clarification question posed above pertaining to the processes and components of care delivery:

YesCare is proposing to continue the use of the eOMIS® EHR to ensure continuity of care for patients.

- YesCare will work with the Department and Marquis to ensure the current functionality of eOMIS will continue except for implementing the interfaces
  - – Lab (bi-directional)
    - Labs are ordered inside of eOMIS®, a paper requisition is printed and added to the sample. The lab vendor receives the specimen along with the electronic version of the requisition. Once processed, the result is sent to eOMIS® to be signed off by the appropriate provider.
  - – Pharmacy (bi-directional)
    - Medications are ordered inside of eOMIS® and processed by Pharmacorr. Medications are sent to the site along with an acknowledgement from Pharmacorr into eOMIS saying the order was accepted.
  - – Radiology (bi-directional)
    - Radiology orders start in eOMIS® and will be sent to the radiology vendor. The radiology technician will enter the eOMIS® order number into the radiology modality in order to consolidate the x-ray image with the eOMIS® order at radiology vendor location. Results come back into eOMIS® for review and sign off.
  - – Offender Management System (ACIS)  (bi-directional)
    - ACIS will send demographic information to CHS that will feed into eOMIS®. As long as ACIS sends correct information, movements and patient changes will show appropriately based on the interface transfer cadence. eOMIS® will also send data into ACIS based on initial conversations with ADCRR. Examples of information sent to ACIS could include, Suicide Watch status, special needs/ADA accommodations and diets.

- Interface development will follow standard SDLC life cycle to ensure integration is working as intended and is approved prior to implementation.

- As part of the transition plan a clinical assessment and workflow review will be conducted.

Confidential                                                                    DEBTOR445150

– YesCare will work with the ADCRR to not only keep the existing custom functionality, but implement YesCare's standard forms, workflows, and custom development that will enhance the ability to maintain NCCHC compliance as required.

▪ YesCare will work with Pharmacorr to implement a plan that ensures the timeliness of refilling existing orders.

▪ A detailed plan will be submitted for each of the Private Prisons based on a mutually agreeable timeline for each.

▪ Current paper processes that will remain in place:
  – Health Needs Requests (HNRs) will be picked up by the medical staff, triaged and entered into eOMIS® until an electronic process is approved by ADCRR and ASET. Marquis has successfully interfaced with tablet software vendors to provide electronic submission of HNRs.
  – For the UM process, the CARES application will be entered manually by the staff. The outside consult form will be exported from eOMIS® and uploaded into CARES. This process will remain in place until an eOMIS® bidirectional interface to CARES is created or expanded functionality is developed within eOMIS®. Initial analysis has started with Marquis and CHS to determine level of effort.

> 32. Scope of Work, Page 144, 1.22 Information Technology, Section 1.22.1
> CHS's proposal does not provide clear and sufficient information in this section. It is not clear if only Konica MFPs will be used and, if the computers will have Windows 11 operating system installed? Please provide complete information on what is the specific plan for hardware, since your response states that "previously provided over 800 computer devices" are no longer available or adequate. Also, describe in details what is the procurement plan given all electronic shortages.

YesCare has analyzed the equipment list provided by ADCRR; based on the models provided, the majority of computer equipment is under warranty for another two years. YesCare has budgeted the appropriate cost to replace equipment as needed in future years.  Kyocera copiers could be used depending on availability along with Konica Minolta's. Windows 11 will be installed based on need and computer
chipset requirements. YesCare will determine the need for replacing equipment based on computer chipsets and overall age of equipment. YesCare, through its own network and that of Geneva Consulting, has sufficient equipment stock and numerous partnerships with suppliers and can provide hardware and order equipment as needed in a timely manner.

> 33. Scope of Work, Page 144, 1.22 Information Technology, Section 1.22.2.1 CHS's proposal does not provide clear and sufficient information in this section.
> Please provide complete and sufficient description on what is the support plan to build out new infrastructure to support growth and to maintain network infrastructure cabling and clean-up.

Confidential
DEBTOR445151



YesCare will build a network that is secure, fast, and scalable using the established data lines for all medical areas at all facilities. YesCare will oversee the installation of labeled switches in all MDF and IDF closets. The network cables will be a designated color so as to not cause confusion with ASET switches and cables. All boxes, extra cords, and any other unusable materials/waste will be disposed of appropriately. YesCare will partner with commercially available vendors and ADCRR cleared IT professionals to complete the network build out to meet the obligated timeline. Quarterly closet maintenance will occur to ensure cleanliness of closets.

> 34. Scope of Work, Page 144, 1.22 Information Technology, Section 1.22.6
> CHS's proposal does not provide clear and sufficient information in this section.
> Please provide complete and sufficient description on where is the data stored and if the Data Centers/hosting facilities are AZRamp compliant and or certified.

Marquis' partnership with Coaxis International (Coaxis) provides a secure, tested, reliable CJIS compliant hosted solution. Coaxis is a privately owned and operated, single tenant facility (based in Tallahassee, FL), utilizing 2N redundancy for every aspect, from servers and network hardware to large scale UPS for uninterrupted power, and twin generators with independently switchable fuel sources allowing them to operate the facility off-grid, indefinitely. The data center receives connectivity through multiple fiber links from major providers. All equipment, including servers, firewalls, and monitoring equipment are housed within locking cabinet racks; access to servers requires additional network administrative credentials.  Coaxis has been audited several times by ASET and has passed each audit. Additionally, Coaxis has been recertified for Rated 3 ANSI/TIA 942.

YesCare's Data Centers/hosting facilities will be AZRamp compliant and/or certified.

Confidential

DEBTOR445152