# Exhibit E

**AL.**com

Subscribe

Advertisement

NEWS

# Alabama Department of Corrections picks new medical, mental health care provider

Published: Jul. 05, 2022, 4:12 p.m.

   

By **Mike Cason | mcason@al.com**

The Alabama Department of Corrections has picked a health care company to negotiate with on a three-year contract for comprehensive medical and mental health services at its 26 correctional facilities.

The ADOC picked YesCare Corp., based in Brentwood, Tenn., over four others that responded to a request for proposals (RFP) that ADOC issued on April 8. The other companies were Centurion, Vital Core, Wellpath, and Wexford Health, the current provider.

ADOC Commissioner John Hamm said an RFP committee reviewed the five proposals and picked YesCare's based on a combination of quality and overall cost. The ADOC did not disclose any cost figures. All proposals and the results from the RFP review committee will be public record once the contract is finalized, the ADOC said.

YesCare has more than 40 years of correctional health care experience at more than 475 facilities, the ADOC said. Health care staff working for Wexford Health, the current provider, will be offered employment under the new contract.

The ADOC expects contract negotiations to take several weeks. The three-year contract is scheduled to take effect Oct. 1.

The ADOC is mired in an eight-year-old federal lawsuit over the medical and mental health care it provides inmates. U.S. District Judge Myron Thompson ruled in 2017 that the state's mental health care was "horrendously inadequate." The court remains involved in overseeing efforts by the state to increase staffing and improve care.

The case is separate but has some overlapping issues with the Department of Justice lawsuit filed in 2020 alleging unconstitutional conditions in Alabama's prisons for men.

If you purchase a product or register for an account through a link on our site, we may receive compensation. By using this site, you consent to our User Agreement and agree that your clicks, interactions, and personal information may be collected, recorded, and/or stored by us and social media and other third-party partners in



**▼ About Us**

About Alabama Media Group

Jobs at Alabama Media Group

Advertise with us

About AL.com

Frequently Asked Questions

Accessibility Statement

Contact Us

Online Store

▼ **Subscriptions**

AL.com

The Birmingham News

The Huntsville Times

Press-Register

Newsletter

---

▼ **Already a Subscriber**

Manage your Subscription

Place a Vacation Hold

Make a Payment

Delivery Feedback

---

▼ **AL.com Sections**

News

Business

Sports

High School Sports

Alabama Life & Culture

Opinion

Archives

Obituaries

Jobs

Autos

---

▼ **Your Regional News Pages**

Anniston/Gadsden

Birmingham

Huntsville

Mobile

Montgomery

Tuscaloosa

Gulf Coast Beaches

▼ **On the Go**

Mobile Apps

Tablet Apps

---

▼ **Follow Us**

Pinterest

Twitter

Facebook

Instagram

RSS

---

▼ **Customer Service**

Send us an email

Submit a news tip

Buy newspaper front pages, posters and more

---

▼ **More on AL.com**

Videos

Weather

Site Map & search

Sponsor Content

Post a job

---

**ADVANCE**LOCAL

Use of and/or registration on any portion of this site constitutes acceptance of our User Agreement (updated 4/4/2023), Privacy Policy and Cookie Statement, and Your Privacy Choices and Rights (updated 12/31/2023).

Cookies Settings

© 2024 Advance Local Media LLC. All rights reserved (About Us).
The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Advance Local.

Community Rules apply to all content you upload or otherwise submit to this site.

**YouTube's privacy policy** is available here and **YouTube's terms of service** is available here.

Ad Choices