# **<u>Exhibit G</u>**

Case 1:26-cv-00350-AKB    Document 1-7    Filed 06/02/26    Page 1 of 3

**From:** "Lefkowitz, Isaac" <IL@corizonhealth.com>
**To:** "Bartoli, Tracy" <Tracy.Bartoli@CorizonHealth.com>
**Subject:** RE: CHS AL, LLC
**Date:** Fri, 25 Feb 2022 14:51:54 +0000
**Importance:** Normal
**Inline-Images:** image001.png; image002.png



There is a bug at the IRS would not let the PDF print.

Isaac Lefkowitz
Member of the Board
**Corizon Health**
103 Powell Ct, Brentwood, TN 37027
C:+1.646.623.5200
IL@CorizonHealth.com





DEBTOR113277

**From:** Bartoli, Tracy <Tracy.Bartoli@CorizonHealth.com>
**Sent:** Thursday, February 24, 2022 12:51 PM
**To:** Lefkowitz, Isaac <IL@corizonhealth.com>
**Subject:** CHS AL, LLC

This one for AL has been filed as of 2/22/22.

## Tracy Bartoli
Director, Legal Services



Office Phone: 615.660.6738
Cell Phone: 314.791.2054
RightFax: 629.333.7337
103 Powell Ct. | Brentwood, TN 37027
www.corizonhealth.com

Confidential

DEBTOR113278