# **Exhibit I**

**From:** "Bartoli, Tracy" <Tracy.Bartoli@CorizonHealth.com>
**To:** "King, Scott" <Scott.King@corizonhealth.com>
**Subject:** New State Entities.xlsx
**Date:** Wed, 6 Apr 2022 14:31:52 +0000
**Importance:** Normal
**Attachments:** New_State_Entities.xlsx

Updated spreadsheet

Confidential                    DEBTOR122791

# Document Produced in Native Format

Confidential

DEBTOR122792