# <u>Exhibit Z</u>

From: Kayla Opdahl <kayla.opdahl@wyo.gov>
To: Cj Young <cj.young@wyo.gov>
Sent: Tue, 19 Jul 2022 15:31:25 -0600
Subject: Fwd: Follow-Up to Name change/Invoicing


More emails I think the email to Sam should be excluded due to him being legal.Â

Attorney Client Privilege

---------- Forwarded message ---------
From: **Koch, Stacie** <Stacie.Koch@yescarecorp.com>
Date: Fri, Jun 3, 2022 at 10:33 AM
Subject: Follow-Up to Name change/Invoicing
To: Kayla Opdahl <kayla.opdahl@wyo.gov>, Beth Matthews (beth.mathews@wyo.gov) <beth.mathews@wyo.gov>


Good Morning Kayla and Beth,

Â

As a follow-up to our announcement on our name change:Â

Â

YesCare acquired all the active business of Corizon.Â  As part of this acquisition, your contract with Corizon is now vested with CHS TX, LLC (â€œCHSâ€), a wholly owned subsidiary of YesCare.Â

- There are no operational changes related to this transaction. Staff, P&P, contract structures, etc. will all remain the same.Â
- Under our new ownership, we are, for the first time, under the ownership of a healthcare corporation- a structure unique in the industry. This affords our re-branded organization withÂ
  - ownership that understands the delivery of healthcare;Â
  - backing of a large healthcare conglomerate with multitudes of resources for us to leverage; andÂ
  - strong financial and leadership stability. Â
- To ensure that payments under the contract continue without interruption, we will be providing you with CHSâ€™ FEIN (tax id number) and a W-9 form as part of our next invoice. There will be no

change in bank account information at this time, however, that may be updated in the future.Â

- Because CHS was split from Corizon through a merger transaction, your contract has not been assigned or transferred and no other action with respect to the contract is necessary.Â
- Any future contracts amendments we will want to reflect that CHS is the successor contracting entity because of the merger transaction.Â
- The full force of our corporate office remains at your service for any additional information or clarification that you may need.

Thank you and if you have any questions please feel free to reach out. Have a great weekend!

Stacie Koch RN, CCHP

Vice President of Operations

Wyoming DOC

Phone: 307.851.0672

www.YesCareCorp.com

Â

--
*Kayla Opdahl*
Deputy Administrator Programs and Contracts
Wyoming Department of Corrections
1934 Wyott Drive
Cheyenne, WYÂ Â  82002
(W) 307-777-6033

E-Mail to and from me, in connection with the transaction
of public business, is subject to the Wyoming Public Records
Act and may be disclosed to third parties.

# Redaction Log

| Reason | Page (# of occurrences) | Description |
|---|---|---|
| Attorney Client Privilege | **1** (1) | This information is privileged communication between the Wyoming Department of Corrections staff and our legal council. We do not waive this privilege and the information is denied pursuant to Wyo. R. State Bar, Att'y Cond. & Prac. 1.6. The Wyoming Public Records Act only allows the release of records which "is not privileged or confidential by law" according to Wyo. Stat. 16-4-201(a)(v). |